ORIGINAL

1  Audra M Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  PERKINS COIE LLP
   1888 Century Parke East, Suite 1700
3  Los Angeles, CA 90067
   Telephone: 310.788.9900; Facsimile: 310.788.9699
4  E-mail: Amori@perkinscoie.com;
   Kdugdale@perkinscoie.com;
5
6  Attorneys for Plaintiff
   MICROSOFT CORPORATION

**FILED**

E-filing

OCT 13 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EDL**

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    CV 09      4840

11  MICROSOFT CORPORATION, a          Case No.
    Washington corporation,
12                                    COMPLAINT FOR:
            Plaintiff,
13                                    (1) COPYRIGHT INFRINGEMENT;
        v.                            (2) FEDERAL TRADEMARK
14                                    INFRINGEMENT;
    COAST NETWORKS, INC. aka DK       (3) FALSE DESIGNATION OF ORIGIN, FALSE
15  SYSTEMS, a California corporation; and  DESCRIPTION AND FALSE
    CORBY BRASSET, an individual,     REPRESENTATION;
16                                    (4) COMMON LAW UNFAIR COMPETITION;
            Defendant.                (5) IMPOSITION OF A CONSTRUCTIVE
17                                    TRUST; AND
                                      (6) AN ACCOUNTING
18

19

20                      **COMPLAINT**

21          This is an action by Microsoft Corporation ("Microsoft") to recover damages arising from

22  infringement of Microsoft's copyrights and trademarks in its software and related components by

23  Coast Networks, Inc. a California corporation also known as DK Systems and Corby Brasset, an

24  individual ("Defendants") and to enjoin Defendants' future infringement. Defendants have

25  infringed Microsoft's copyrights and trademarks, and violated the Lanham Act by falsely

26  designating the origin of software, and engaged in unfair competition. Microsoft seeks damages,

27  an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and

28  injunctive relief.

41826-5023/LEGAL15563483.1

## THE PARTIES

1.    Microsoft is a Washington corporation with its principal place of business located at One Microsoft Way, Redmond, Washington.  Microsoft develops, markets, distributes and licenses computer software.

2.    Upon information and belief, defendant Coast Networks, Inc. is a California corporation also known as DK Systems ("DK Systems") that does business in Rohnert Park, California.  Upon information and belief, DK Systems is engaged in the advertising, marketing, and distribution of computer hardware and software, including purported Microsoft software.

3.    Upon information and belief, defendant Corby Brasset is an officer, director and/or principle and/or owns, operates and/or otherwise controls DK Systems.  Upon information and belief, Corby Brasset (a) personally participated in and/or had the right and ability to direct and control the wrongful conduct alleged in this Complaint, and (b) derived direct financial benefit from that wrongful conduct.  Upon information and belief, Corby Brasset resides and transacts substantial business in this district.

## JURISDICTION

4.    This Court has subject matter jurisdiction over Microsoft's claims for trademark infringement, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

5.    This Court has supplemental jurisdiction over Microsoft's claims arising under the laws of the State of California to 28 U.S.C. § 1367(a) because these claims are so related to Microsoft's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

## VENUE

6.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) the acts of infringement and other wrongful conduct alleged occurred in the Northern District of California; (b) the Defendant may be found in the Northern District of California; and (c) the Defendant has a sufficient connection with the Northern District of California to make venue proper in this district, all as alleged in this Complaint.

**INTRADISTRICT ASSIGNMENT**

7.     A substantial part of the events giving rise to Microsoft's claims occurred in Sonoma County, however, this action is an Intellectual Property Action and accordingly, pursuant to Local Rule 3-2(c), it should be assigned on a district wide basis.

**FACTS COMMON TO ALL CLAIMS**

8.     Microsoft develops, advertises, markets, distributes, and licenses a number of computer software programs. Microsoft's software programs are recorded on magnetic diskettes and/or CD-ROMs, and they are packaged and distributed together with associated proprietary materials such as user's guides, user's manuals, end user license agreements, certificates of authenticity, and other related components.

9.     Microsoft Windows XP Professional: Microsoft developed, advertises, markets, distributes, and licenses a software package known as Microsoft Windows XP Professional ("Windows XP Pro"). Windows XP Pro is an operating system for desktop and laptop systems. It performs a number of computer-related operations including, but not limited to, providing support for various applications and allowing remote access to data and applications stored on Windows XP Pro desktops from network connections. Microsoft holds a valid copyright in Windows XP Pro (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office. A true and correct copy of the Registration Certificate for Microsoft Windows XP Pro, bearing the number TX 5-407-055, is attached hereto as Exhibit 1 and is incorporated by reference.

10.     Microsoft Office 2003 Pro: Microsoft Office 2003 Professional ("Office 2003 Pro") is a suite of popular Microsoft software programs. Microsoft holds a valid copyright in Office 2003 Pro (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office. A true and correct copy of the Registration Certificate for Microsoft Office 2003 Pro, bearing the number TX-5-837-617, is attached hereto as Exhibit 2 and is incorporated by reference. Office 2003 Pro includes the following popular Microsoft software programs:

1          A.     Microsoft Office Excel 2003, a program that allows users to create

2 spreadsheets, perform calculations, and store numerical data. Microsoft holds a valid copyright in

3 Microsoft Office Excel 2003 (including user's reference manuals, user's guides, and screen

4 displays) that was duly and properly registered with the United States Copyright Office. A true

5 and correct copy of the Copyright Registration Certificate for Microsoft Office Excel 2003,

6 bearing the number TX 5-837-636, is attached hereto as Exhibit 3 and is incorporated by

7 reference.

8          B.     Microsoft Office Outlook 2003, a program that allows users and networked

9 teams to create and manage calendars, tasks, and contacts. Microsoft holds a valid copyright in

10 Microsoft Office Outlook 2003 (including user's reference manuals, user's guides, and screen

11 displays) that was duly and properly registered with the United States Copyright Office. A true

12 and correct copy of the Copyright Registration Certificate for Microsoft Office Outlook 2003,

13 bearing the number TX 5-900-087, is attached hereto as Exhibit 4 and is incorporated by

14 reference.

15          C.     Microsoft Office PowerPoint 2003, a program that allows users to create,

16 organize, and present overhead and slide presentations. Microsoft holds a valid copyright in

17 Microsoft Office PowerPoint 2003 (including user's reference manuals, user's guides, and screen

18 displays) that was duly and properly registered with the United States Copyright Office. A true

19 and correct copy of the Copyright Registration Certificate for Microsoft Office PowerPoint 2003,

20 bearing the number TX 5-852-649, is attached hereto as Exhibit 5 and is incorporated by

21 reference.

22          D.     Microsoft Office Word 2003, a program that allows users to create and edit

23 reports and documents. Microsoft holds a valid copyright in Microsoft Office Word 2003

24 (including user's reference manuals, user's guides, and screen displays) that was duly and

25 properly registered with the United States Copyright Office. A true and correct copy of the

26 Copyright Registration Certificate for Microsoft Office Word 2003, bearing the number TX 5-

27 900-088, is attached hereto as Exhibit 6 and is incorporated by reference.

28

1           E.       Microsoft Publisher 2003, a desktop publishing program that allows users

2 to create, customize, and publish materials such as newsletters, brochures, flyers, catalogs, and

3 Web sites. Microsoft holds a valid copyright in Microsoft Publisher 2003 (including user's

4 reference manuals, user's guides, and screen displays) that was duly and properly registered with

5 the United States Copyright Office. A true and correct copy of the Copyright Registration

6 Certificate for Microsoft Publisher 2003, bearing the number TX 5-837-618, is attached hereto as

7 Exhibit 7 and is incorporated by reference.

8           F.       Microsoft Business Contact Manager for Outlook 2003, a program which

9 manages customer relationships. Microsoft holds a valid copyright in Business Contact Manager

10 for Outlook 2003 (including user's reference manuals, user's guides, and screen displays) that

11 was duly and properly registered with the United States Copyright Office. A true and correct

12 copy of the Copyright Registration Certificate for Business Contact Manager for Outlook 2003,

13 bearing the number TX 5-877-513, is attached hereto as Exhibit 8 and is incorporated by

14 reference.

15           G.       Microsoft Access 2003, a program that allows users to create and

16 manipulate databases and store data. Microsoft holds a valid copyright in Microsoft Access 2003

17 (including user's reference manuals, user's guides, and screen displays) that was duly and

18 properly registered with the United States Copyright Office. A true and correct copy of the

19 Copyright Registration Certificate for Microsoft Access 2003, bearing the number TX 5-901-713,

20 is attached hereto as Exhibit 9 and is incorporated by reference.

21      11.       Microsoft has also duly and properly registered a number of trademarks and a

22 service mark in the United States Patent and Trademark Office on the Principal Register,

23 including, but not limited to:

24           A.       "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236,

25                for computer programs and computer programming services;

26           B.       "MICROSOFT," Trademark Registration No. 1,256,083, for computer

27                hardware and software manuals, newsletters, and computer documentation;

28

C.   WINDOWS, Trademark Registration No. 1,872,264 for computer programs and manuals sold as a unit;

D.   COLORED FLAG DESIGN, Trademark Registration No. 2,744,843, for computer software;

E.   "POWERPOINT," Trademark Registration No. 1,475,795, for pre-recorded computer programs recorded on magnetic disks;

F.   "MICROSOFT ACCESS," Trademark Registration No. 1,741,086, for computer programs for use with databases and manuals sold as a unit; and

G.   "OUTLOOK," Trademark Registration No. 2,188,125, for computers programs, specifically programs providing enhanced electronic mail and scheduling capabilities and instructional manuals sold as a unit;

H.   COLOR FOUR SQUARE LOGO, Trademark Registration No. 2,999,281, for computer software, including application and business software for use in word processing, spreadsheets, presentation graphics, e-mail, and scheduling;

True and correct copies of the Trademark Registrations for A through I above are attached hereto as Exhibits 10 through 17, respectively, and are incorporated herein by reference.

**Defendants' Infringement**

12.   Defendants are engaged in the advertising, marketing, and distribution of computer hardware and software, including software covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof.

13.   In February 2009, Defendants distributed to an investigator computer systems with infringing Windows XP Pro and Office 2003 Pro software.

14.   On information and belief, this is not an isolated incident. Rather, Defendants have been and continue to be involved in advertising, marketing, installing and/or distributing infringing copies of Microsoft's software to unidentified persons or entities. On information and belief, Defendants' distributions of purported Microsoft software are the result of Defendants' advertising and marketing the availability of such materials.

1    15.    On information and belief, Defendants' wrongful conduct includes the advertising,

2    marketing, installing, and/or distribution of "infringing materials," specifically reproductions,

3    copies, or colorable imitations of the Microsoft copyrighted software and/or the Microsoft

4    trademarks, logos, and service mark described in this Complaint.

5    16.    On information and belief, Defendants have committed and are continuing to

6    commit acts of copyright and trademark infringement against Microsoft. On information and

7    belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of

8    Microsoft's registered copyrights and marks.

9    17.    On information and belief, by their advertising activities and unauthorized use of

10    Microsoft's marks to describe the items that they are distributing, Defendants have

11    misappropriated Microsoft's advertising ideas and style of doing business and have infringed

12    Microsoft's copyrights, titles, and slogans.

13    18.    On information and belief, the injuries and damages that Microsoft has sustained

14    have been directly and proximately caused by Defendants' wrongful misappropriation of

15    Microsoft's advertising ideas and style of doing business and infringement of Microsoft's

16    copyrights, titles, and slogans.

17                                  **First Claim**

18              **[Copyright Infringement -- 17 U.S.C. § 501, et seq.]**

19                              **Against Defendants**

20    19.    Microsoft realleges, and incorporates by this reference, each and every allegation

21    set forth in paragraphs 1 through 18 inclusive.

22    20.    Microsoft is the sole owner of Microsoft Windows XP Pro, Office 2003 Pro,

23    Office Excel 2003, Office Outlook 2003, Office PowerPoint 2003, Publisher 2003, Office Word

24    2003, Business Contact Manager for Outlook 2003, and Access 2003 and the corresponding

25    Certificates of Registration.

26    21.    Defendants have infringed the copyrights in Microsoft's software, including but

27    not limited to Microsoft Windows XP Pro, Office 2003 Pro, Office Excel 2003, Office Outlook

28    2003, Office PowerPoint 2003, Publisher 2003, Office Word 2003, Business Contact Manager for

1  Outlook 2003, and Access 2003, by distributing infringing materials in the United States of

2  America without approval or authorization from Microsoft.

3      22.    Defendants' conduct has been willful within the meaning of the Copyright Act. At

4  a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's

5  registered copyrights.

6      23.    As a result of the wrongful conduct, Defendants are liable to Microsoft for

7  copyright infringement. 17 U.S.C. § 501. Microsoft has suffered damages. Microsoft has

8  suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its

9  business reputation and goodwill. Microsoft is entitled to recover damages, which include its

10  losses and any and all profits Defendants have made as a result of their wrongful conduct. 17

11  U.S.C. § 504. Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

12      24.    In addition, because Defendants' infringement has been willful within the meaning

13  of the Copyright Act, the award of statutory damages should be enhanced in accordance with 17

14  U.S.C. § 504(c)(2).

15      25.    Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an

16  order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Microsoft has no

17  adequate remedy at law for Defendants' wrongful conduct because, among other things, (a)

18  Microsoft's copyrights are unique and valuable property which have no readily determinable

19  market value, (b) Defendants' infringement harms Microsoft's business reputation and goodwill

20  such that Microsoft could not be made whole by any monetary award, and (c) Defendants'

21  wrongful conduct, and the resulting damage to Microsoft, is continuing.

22      26.    Microsoft is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C.

23  § 505.

24                  **Second Claim**

25        **[Federal Trademark Infringement – 15 U.S.C. § 1114]**

26                **Against Defendants**

27      27.    Microsoft realleges, and incorporates by this reference, each and every allegation

28  set forth in paragraphs 1 through 26, inclusive.

28.   Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

29.   Because Microsoft has marketed, advertised, promoted, distributed, and licensed its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from those of others in the same field or related fields.

30.   Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify software of Microsoft.

31.   The infringing materials that Defendants have and are continuing to use, market, offer, or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

32.   Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are using, advertising, marketing, offering, or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

33.   Upon information and belief, Defendants used, advertised, marketed, offered or distributed infringing material with the willful and calculated purposes of misleading, deceiving, or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's goodwill and business reputation.

34.   Defendants' conduct has been willful within the meaning of the Lanham Act.  At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

35.   As a result of their wrongful conduct, Defendants are liable to Microsoft for trademark infringement.  15 U.S.C. § 1114(1).  Microsoft has suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its business reputation and goodwill.  Microsoft is entitled to recover damages, which include its losses, and any and all

1  profits Defendants have made as a result of their wrongful conduct. 15 U.S.C. § 1117(a).

2  Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

3      36.    In addition, because Defendants' infringement of Microsoft's trademarks and

4  service mark was willful, the award of actual damages and profits should be trebled pursuant to

5  15 U.S.C. §1117(b). Alternatively, the award of statutory damages should be enhanced in

6  accordance with 15 U.S.C. § 1117(c)(2).

7      37.    Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and

8  to an order compelling the impounding of all infringing materials being used, offered, marketed,

9  or distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections (a) and (d)(1)(A), and

10  pursuant to 28 U.S.C. § 1651. Microsoft has no adequate remedy at law for Defendants'

11  wrongful conduct because, among other things, (a) Microsoft's trademarks and service mark are

12  unique and valuable property which have no readily determinable market value, (b) Defendants'

13  infringement constitutes harm to Microsoft's business reputation and goodwill such that

14  Microsoft could not be made whole by any monetary award, (c) if Defendants' wrongful conduct

15  is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to

16  the source, origin or authenticity of the infringing materials, and (d) Defendants' wrongful

17  conduct, and the resulting damage to Microsoft, is continuing.

18      38.    Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C.

19  § 1117.

20  ### Third Claim

21  ### [False Designation Of Origin, False Description And

22  ### Representation Of Microsoft Packaging--15 U.S.C. § 1125 et seq.]
### Against Defendants

23      39.    Microsoft realleges, and incorporates by this reference, each and every allegation

24  set forth in paragraphs 1 through 38, inclusive.

25      40.    Microsoft has designed distinctive and aesthetically pleasing displays, logos,

26  icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software.

27

28

41826-5023/LEGAL15563483.1    -10-

1    41.    Defendants' wrongful conduct includes the use, advertising, marketing, offering,

2  or distribution of "imitation visual designs," specifically displays, logos, icons, graphic designs,

3  and/or packaging virtually indistinguishable from Microsoft visual designs. Defendants' use,

4  advertising, marketing, offering, or distribution of imitation visual designs constitutes (a) false

5  designation of origin, (b) false description, and (c) false representation that the imitation visual

6  images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham

7  Trademark Act, set forth at 15 U.S.C. § 1125(a).

8    42.    Upon information and belief, Defendants used, advertised, marketed, offered, or

9  distributed imitation visual designs with the willful and calculated purposes of misleading,

10  deceiving, or confusing customers and the public as to the origin and authenticity of the imitation

11  visual designs and of trading upon Microsoft's goodwill and business reputation.

12    43.    Defendants' use, advertising, marketing, offering, and distribution of imitation

13  visual designs are likely to continue unless restrained and enjoined.

14    44.    As a result of Defendants' use, marketing, offering, and distribution of imitation

15  visual designs, Microsoft has suffered and will continue to suffer damage and losses, including,

16  but not limited to, irreparable injury to its business reputation and goodwill. Microsoft is entitled

17  to injunctive relief and to an order compelling the impounding of all imitation visual designs

18  being used, offered, marketed, or distributed by Defendants. Microsoft has no adequate remedy

19  at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's visual

20  designs are unique and valuable property which have no readily determinable market value, (b)

21  Defendants' use, marketing, or distribution of imitation visual designs constitutes harm to

22  Microsoft's business reputation and goodwill such that Microsoft could not be made whole by

23  any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to

24  Microsoft, is continuing.

25  / / /

26  / / /

27  / / /

28

41826-5023/LEGAL15563483.1                        -11-

1

## **Fourth Claim**

2

### **[California Common Law Unfair Competition]**
### **Against Defendants**

3

4

45.    Microsoft realleges, and incorporates by this reference, each and every allegation

5

set forth in paragraphs 1 through 44, inclusive.

6

46.    The acts and conduct of Defendants as alleged above in this Complaint constitute

7

unfair competition pursuant to the common law of California.

8

47.    Defendants' acts and conduct are likely to confuse the public into believing that the

9

items being offered or distributed by Defendants are sponsored, approved or authorized by

10

Microsoft in violation of Microsoft's rights under the common law of unfair competition of the

State of California.

11

12

48.    Defendants' acts and conduct as alleged above have damaged and will continue to

13

damage Microsoft's goodwill and reputation and have resulted in losses to Microsoft and an illicit

14

gain of profit to Defendants in an amount unknown at the present time.

15

## **Fifth Claim**

16

### **[For Imposition Of A Constructive Trust Upon The**
### **Illegal Profits Of All Defendants]**
### **Against Defendants**

17

18

49.    Microsoft realleges, and incorporates by this reference, each and every allegation

19

set forth in paragraphs 1 through 48, inclusive.

20

50.    Defendants' conduct constitutes deceptive, fraudulent, and wrongful conduct in the

21

nature of passing off the infringing materials as genuine Microsoft software or related

22

components approved or authorized by Microsoft.

23

51.    By virtue of their wrongful conduct, Defendants have illegally received money and

24

profits that rightfully belong to Microsoft.

25

52.    Upon information and belief, Defendants hold the illegally received money and

26

profits in the form of bank accounts, real property, or personal property that can be located and

27

traced.

28

1    53.    Defendants hold the money and profits they have illegally received as constructive

2    trustees for the benefit of Microsoft.

3                                      **Sixth Claim**

4                                     **[Accounting]**
                                  **Against Defendants**
5

6    54.    Microsoft realleges, and incorporates by this reference, each and every allegation

7    set forth in paragraphs 1 through 53, inclusive.

8    55.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover

9    any and all profits of Defendants that are attributable to their acts of infringement.

10    56.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual

11    damages or statutory damages sustained by virtue of Defendants' acts of infringement.

12    57.    The amount of money due from Defendants to Microsoft is unknown to Microsoft

13    and cannot be ascertained without a detailed accounting by Defendants of the precise number of

14    units of infringing material offered for distribution and distributed by Defendants.

                                       **PRAYER**
15
        WHEREFORE, Microsoft respectfully requests judgment against the Defendants as
16
    follows:
17
        (1)    That the Court enter a judgment against Defendants as indicated below:
18
            (a)    that Defendants have willfully infringed Microsoft's rights in the following
19
    federally registered copyrights under 17 U.S.C. § 501:
20
                (1)    TX 5-407-055 ("Windows XP Professional");
21
                (2)    TX 5-837-617 ("Office Professional 2003");
22
                (3)    TX 5-837-636 ("Office Excel 2003");
23
                (4)    TX 5-900-087 ("Office Outlook 2003");
24
                (5)    TX 5-852-649 ("Office PowerPoint 2003");
25
                (6)    TX 5-837-618 ("Publisher 2003");
26
                (7)    TX 5-900-088 ("Office Word 2003");
27

28

41826-5023/LEGAL15563483.1                    -13-

1             (8)    TX 5-877-513 ("Business Contact Manager for Outlook

2                2003");

3             (9)    TX 5-901-713 ("Access 2003");

4        (b)    that Defendants have willfully infringed Microsoft's rights in the following

5    federally registered trademarks and service mark under 15 U.S.C. § 1114:

6             (1)    1,200,236 ("MICROSOFT");

7             (2)    1,256,083 ("MICROSOFT");

8             (3)    1,872,264 ("WINDOWS");

9             (4)    2,744,843 (COLORED FLAG DESIGN);

10            (5)    1,475,795 ("POWERPOINT");

11            (6)    1,741,086 ("MICROSOFT ACCESS");

12            (7)    2,188,125 ("OUTLOOK");

13            (8)    2,999,281 (COLOR FOUR SQUARE LOGO);

14       (c)    that Defendants have committed and are committing acts of false

15   designation of origin, false or misleading description of fact, and false or misleading

16   representation against Microsoft as defined in 15 U.S.C. § 1125(a);

17       (d)    that Defendants have engaged in unfair competition in violation of the

18   common law of the State of California; and

19       (e)    that Defendants have otherwise injured the business reputation and

20   business of Microsoft by Defendants' acts and conduct set forth in this Complaint.

21       (2)    That the Court issue injunctive relief against Defendants, and that Defendants,

22   their principals, directors, officers, agents, representatives, servants, employees, attorneys,

23   successors and assigns, and all others in active concert or participation with Defendants, be

24   enjoined and restrained from:

25       (a)    imitating, copying, or making any other infringing use or infringing

26   distribution of software programs, components, and/or items protected by Microsoft's registered

27   trademarks and service mark, including, but not limited to, the following Trademark Registration

28   Nos.:

|  |  | (1) | 1,200,236 ("MICROSOFT"); |
|---|---|---|---|

1             (1)    1,200,236 ("MICROSOFT");

2             (2)    1,256,083 ("MICROSOFT");

3             (3)    1,872,264 ("WINDOWS");

4             (4)    2,744,843 (COLORED FLAG DESIGN);

5             (5)    1,475,795 ("POWERPOINT");

6             (6)    1,741,086 ("MICROSOFT ACCESS");

7             (7)    2,188,125 ("OUTLOOK");

8             (8)    2,999,281 (COLOR FOUR SQUARE LOGO);

9 or the software and/or related components protected by the following Certificate of Copyright

10 Registration Nos.:

11             (1)    TX 5-407-055 ("Windows XP Professional");

12             (2)    TX 5-837-617 ("Office Professional 2003");

13             (3)    TX 5-837-636 ("Office Excel 2003");

14             (4)    TX 5-900-087 ("Office Outlook 2003");

15             (5)    TX 5-852-649 ("Office PowerPoint 2003");

16             (6)    TX 5-837-618 ("Publisher 2003");

17             (7)    TX 5-900-088 ("Office Word 2003");

18             (8)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");

19             (9)    TX 5-901-713 ("Access 2003");

20 and any other works now or hereafter protected by any Microsoft trademark or copyright;

21       (b)    manufacturing, assembling, producing, distributing, offering for

22 distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying

23 any software program, component and/or item bearing any simulation, reproduction, counterfeit,

24 copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or

25 copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright

26 Registration Numbers listed in Section (2)(a) above;

27       (c)    using any simulation, reproduction, counterfeit, copy, or colorable

28 imitation of Microsoft's registered trademarks, service mark, or copyright including, but not

41826-5023/LEGAL15563483.1          -15-

1  limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Section

2  (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for

3  distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of

4  any software program, component, and/or item not authorized or licensed by Microsoft;

5      (d)    using any false designation of origin or false description which can or is

6  likely to lead the trade or public or individuals, erroneously to believe that any software program,

7  component, and/or item has been manufactured, assembled, produced, distributed, offered for

8  distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed,

9  licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

10      (e)    engaging in any other activity constituting an infringement of any of

11  Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use

12  or to exploit these trademarks, service mark, and/or copyrights; and

13      (f)    assisting, aiding, or abetting any other person or business entity in

14  engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

15      (3)    That the Court enter an order declaring that Defendants hold in trust, as

16  constructive trustees for the benefit of Microsoft, their illegal profits obtained from their

17  distribution of infringing copies of Microsoft's software, and requiring Defendants to provide

18  Microsoft a full and complete accounting of all amounts due and owing to Microsoft as a result of

19  Defendants' illegal activities.

20      (4)    That the Court order Defendants to pay Microsoft's damages as follows:

21          (a)    Microsoft's damages and Defendants' profits pursuant to 17 U.S.C.

22              § 504(b), or in the alternative, enhanced statutory damages pursuant to

23              17 U.S.C. § 504(c)(2), for Defendants' willful infringement of Microsoft's

24              copyrights;

25          (b)    Microsoft's damages and Defendants' profits pursuant to 15 U.S.C.

26              § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b) for Defendants' willful

27              violation of Microsoft's registered trademarks and service mark, or in the

28              alternative statutory damages pursuant to 15 U.S.C. § 1117(c) for each

41826-5023/LEGAL15563483.1          -16-

1    counterfeit mark; and

2         (c)    Microsoft's damages and Defendants' profits pursuant to California

3                common law;

4    (5)    That the Court order Defendants to pay to Microsoft both the costs of this action

5    and the reasonable attorneys' fees incurred by it in prosecuting this action; and

6    (6)    That the Court grant to Microsoft such other and additional relief as is just and

7    proper.

8

9    DATED: October __ 2009                          **PERKINS COIE LLP**

10

11                                                   By: _____

12                                                        Katherine M. Dugdale

13                                                   Attorneys for Plaintiff
                                                     MICROSOFT CORPORATION

14

15

16

17          .

18

19

20

21

22

23

24

25

26

27

28

06/03/02  MON 13:45  FAX ...

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-497-055

EFFECTIVE DATE OF REGISTRATION

Nov.  6,  2001
Month      Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Windows XP Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published in a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 10  Day ▶ 25  Year ▶ 2001
ONLY if this work has been published.
Nation ▶ U.S.A.    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
NOV 0 6 2001

ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
NOV 0 6 2001

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

---

Exhibit 1 Page 1

06/03/02  MON 13:48

| EXAMINED BY _Tms_ | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX 5-036-257                                              2000

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a. Previous Version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b. Additional programming text, additional written text, and editorial revisions

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. Name ▼   Account Number ▼

a. Microsoft Corporation                                  DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b. Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104   Fax number ▶ (425) 936-7329

Email ▶ judywa@microsoft.com

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                         Date ▶ November 5, 2001

Handwritten signature (X) ▼

_[signature]_

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**9**

Mail certificate to:

Name ▼ Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼ One Microsoft Way

City/State/ZIP ▼ Redmond, WA 98052

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—80,000                                    ☼ PRINTED ON RECYCLED PAPER   ☼ U.S. GOVERNMENT PRINTING OFFICE: 1996-434-879/80,025

Exhibit 1 Page 2

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-837-917

EFFECTIVE DATE OF REGISTRATION

12    9    03

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Professional Edition 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   □ Yes   □ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   □ Yes   ☒ No
Pseudonymous?   □ Yes   ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   □ Yes   □ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   □ Yes   □ No
Pseudonymous?   □ Yes   □ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   □ Yes   □ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   □ Yes   □ No
Pseudonymous?   □ Yes   □ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2003   ◄ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month October   Day 21   Year 2003
ONLY if this work has been published.   Nation U.S.A.   ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

ONE DEPOSIT RECEIVED
DEC 11 2003
TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

Page 1 of ___ pages

---

Exhibit 2 Page 1

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: **Previous Registration Number** ▼  TX 6-368-372  **Year of Registration** ▼  2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  PREVIOUS VERSION & TEXT COPYRIGHTED BY VARIOUS THIRD PARTIES

**b**  Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional programming text, additional written text, and editorial revisions

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**  **Name** ▼  Microsoft Corporation  **Account Number** ▼  DA063818

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104   Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston  Date 12.4.03

Handwritten signature (X) ▼  X _(signature)_

**8**

**MAIL CERTIFICATE TO**

Name ▼  Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA 98052

Certificate will be mailed in window envelope

**9**

Exhibit 2 Page 2

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-837-836

EFFECTIVE DATE OF REGISTRATION

12   9   03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Microsoft Office Excel 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2a**

NAME OF AUTHOR ▼

Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   2003

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month October   Day 21   Year 2003
U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 0 9 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003

FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

Page 1 of ___ pages

---

Exhibit 3 Page 1

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE | | FOR |
| Yes | | COPYRIGHT |
| | | OFFICE |
| | | USE |
| | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   TX 6-516-251   **Year of Registration** ▼   2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material (Identify any preexisting work or works that this work is based on or incorporates.) ▼

**a**   Previous version & tasks copyrighted by various third parties

**b**   Material Added to This Work (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) ▼

Additional programming text, additional written text, and editorial revisions

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**   Name ▼   Microsoft Corporation   Account Number ▼   DA063619

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**   Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104   Fax number ▶ (425) 936-7329

Email ▶ judywes@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston   Date ▶ 12.4.03

Handwritten signature (X) ▼

X _____

**8**

**Mail certificate to**   Name ▼   Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

**Certificate will be mailed in window envelope**   Number/Street/Apt ▼   One Microsoft Way

City/State/ZIP ▼   Redmond, WA 98052

**9**

Exhibit 3 Page 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-000-047

EFFECTIVE DATE OF REGISTRATION

JAN 09 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month   Day   Year   2003   Nation   U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

APPLICATION RECEIVED
JAN 09 2004
ONE DEPOSIT RECEIVED
JAN 09 2004
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

Exhibit 4 Page 1

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX 6-371-422   Year of Registration ▼ 2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Microsoft Corporation   Account Number ▼ DA083919

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-6104   Fax number ▶ (425) 936-7329
Email ▶ judyw@microsoft.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston   Date 1-07-04

X [signature]

Mail certificate to:
Name ▼ Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street ▼ One Microsoft Way
City/State/ZIP ▼ Redmond, WA 98052

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/69

Exhibit 4 Page 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-852-849

**EFFECTIVE DATE OF REGISTRATION**

12      9      03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office PowerPoint 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

**2**

**a**   **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2003

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month   October   Day   21   Year   2003
U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)**   Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 9 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
DEC 09 2003
**FUNDS RECEIVED**

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Exhibit 5 Page 1

FORM TX

DOCUMENT
CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 5-512-622    Year of Registration ▼ 2001

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a  Prior version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b  Additional programming text, additional written text, and editorial revisions

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼

a  Microsoft Corporation          Account Number ▼ DA063019

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104     Fax number ▶ (425) 936-7329
Email ▶ jodywe@microsoft.com

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K. Weston          Date ▶ 12.4.03

Handwritten signature (X) ▼
X _____

**8**

Mail
certificate
to

Certificate
will be
mailed in
window
envelope

Name ▼ Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼ One Microsoft Way
City/State/Zip ▼ Redmond, WA 98052

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

December 1999—40,000          ⊕ PRINTED ON RECYCLED PAPER          U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/109

Exhibit 5 Page 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5 - 900 - 045

EFFECTIVE DATE OF REGISTRATION

**JAN 0 9 2004**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Word 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

DATE RECEIVED **JAN 0 9 2004**

TWO DEPOSITS RECEIVED **JAN 0 9 2004**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

Exhibit 6 Page 1

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
TX 5-371,426                                                        2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version & text copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
Microsoft Corporation                               DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com.

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Microsoft Corporation
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                    Date ▶ 1-07-04

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/ZIP ▼
Redmond, WA 98052

Exhibit 6 Page 2

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-837-818

EFFECTIVE DATE OF REGISTRATION

12 1 03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Microsoft Publisher 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
a 2003   This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Date October   Day 21   Year 2003
Nation U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

ONE DEPOSIT RECEIVED
DEC 1 2003

TWO DEPOSITS RECEIVED
DEC 1 2003

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 7 Page 1



Exhibit 7 Page 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

REG TX 5-872-613

EFFECTIVE DATE OF REGISTRATION

Jan 16 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Business Contact Manager for Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**

**AUTHOR'S NATIONALITY OR DOMICILE**
USA

**NATURE OF AUTHORSHIP**
Entire work - computer software (program documentation)

**NAME OF AUTHOR ▼**

**NAME OF AUTHOR ▼**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
USA

**COPYRIGHT CLAIMANT(S)**
Microsoft Corporation
One Microsoft Way
Redmond WA 98052

APPLICATION RECEIVED
JAN 16 2004

TWO DEPOSITS RECEIVED
JAN 16 2004

**MORE ON BACK ▶**

Exhibit 8 Page 1

EXAMINED BY _____ FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
Microsoft Corporation                                      DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104            Fax number ▶ (425) 936-7329
Email ▶ judyw@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                    Date ▶ 1-13-04

Handwritten signature (X) ▼
X _____

**8**

**9**

Mail certificate to:
Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/ZIP ▼
Redmond, WA 98052

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1998—50,000        ⊕ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/60,002

Exhibit 8 Page 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-901-713

EFFECTIVE DATE OF REGISTRATION

3   20   04

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Microsoft Office Access 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work: computer software program, documentation & text on product packaging

NOTE

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
**a** 2003
ONLY if this work has been published.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month October   Day 21   Year 2003
Nation USA

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 2 0 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 2 0 2004
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

Exhibit 9 Page 1

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes · ☐ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▼      Year of Registration ▼
TX 5 214 41                                                    2001

# 5

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a   Previous version & files copyrighted by various third parties

b   Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
    Additional programming text  additional written text  and editorial revisions

# 6

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account  Account Number ▼

a   Microsoft Corporation                         DA063610

b   **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
    Microsoft Corporation  ATTN  Judy Weston
    One Microsoft Way
    Redmond  WA 98052

    Area code and daytime telephone number ► (425) 705 9104      Fax number ► (425) 936 7329
    Email ► judywe@microsoft.com

# 7

**CERTIFICATION*** I  the undersigned  hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
    Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K Weston                                    Date ► March 4  2004

Handwritten signature (X) ▼
X

# 8

| Mail certificate to | Name ▼ Microsoft Corporation  ATTN  Judy Weston  Law and Corporate Affairs | |
| | Number/Street/Apt ▼ One Microsoft Way | |
| | City/State/ZIP ▼ Redmond  WA 98052 | |

# 9

December 1999—40 000

Exhibit 9 Page 2

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236·
Registered Jul. 6, 1982

### TRADEMARK
### SERVICE MARK
### Principal Register

## MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9
(U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12,
1975.
For: COMPUTER · PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12,
1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

### Certificate of Correction

Registered July 6, 1982

Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.

Attest:

Exhibit 10 Page 1

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,256,083
Registered Nov. 1, 1983

### TRADEMARK
**Principal Register**

## MICROSOFT

Microsoft Corporation (Washington corporation)
10700 Northup Way
Bellevue, Wash. 98004

For: COMPUTER HARDWARE AND SOFT-
WARE MANUALS; NEWSLETTER FEATUR-
ING INFORMATION ABOUT COMPUTER
HARDWARE AND SOFTWARE AND GENER-
AL INFORMATION RELATING TO COMPUT-
ERS FOR MANUFACTURERS, DISTRIBUTORS,
AND USERS OF COMPUTERS AND COMPUT-
ER SOFTWARE; AND COMPUTER DOCUMEN-
TATION—NAMELY, REFERENCE, USER,
INSTRUCTIONAL, AND GENERAL UTILITIES
MANUALS AND DATA SHEETS FOR COM-
PUTER HARDWARE AND SOFTWARE USERS.
in CLASS 16 (U.S. Cl. 38).

First use Nov. 1975; in commerce Nov. 1975.

Ser. No 373,992, filed Jul. 12, 1982.

J H WEBB, Examining Attorney

Exhibit 11 Page 1

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,872,264
Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANU-ALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10-18-1983; IN COMMERCE 10-18-1983.

SEC. 2(F).

SER. NO. 74-090,419, FILED 8-20-1990.

ESTHER BELENKER, EXAMINING ATTOR-NEY

Exhibit 12 Page 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,744,843
Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS, VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE, THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

Exhibit 13 Page 1

Prior U.S. ⌣: 38

Reg. No. 1,475,795

d Feb. 9, 198℮

Int. Cl.: 9

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### POWERPOINT

COMMERC

987.

(NING ATTC

MICROSOFT CORPORATION (DELA-
WARE CORPORATION)
BOX 97011
16011 NE WAY
RODMOND, WA 930739111, ASSIGNEE
OF FORETHOUGHT, INC. (CALIFOR-
NIA CORPORATION) SUNNYVALE,
CA

FOR: PRERECORDED COMPUTER
PROGRAMS RECORDED ON MAGNET-
IC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE
4-20-1987.

SER. NO. 649,735, FILED 6-29-1987.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Exhibit 14 Page 1

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,741,086
Registered Dec. 22, 1992

### TRADEMARK
PRINCIPAL REGISTER

## MICROSOFT ACCESS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE WITH DATA BASES AND MANUALS THEREFOR, SOLD AS A UNIT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 9-19-1985; IN COMMERCE 9-19-1985.
OWNER OF U.S. REG. NOS. 1,200,236, 1,642,073 AND OTHERS.

SER. NO. 74-272,857, FILED 5-6-1992.

KATHLEEN COONEY, EXAMINING ATTORNEY

Exhibit 15 Page 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,188,125

Registered Sep. 8, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICKOSOFT WAY
REDMOND, WA 980526399 MICROSOFT COR-
PORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PRO-
VIDING ENHANCED ELECTRONIC MAIL
AND SCHEDULING CAPABILITIES, FOR USE
BY INDIVIDUAL COMPUTER USERS,
NAMELY, COMPUTER PROGRAMS FOR MAN-
AGING, VIEWING, AND EDITING FILES,
DOCUMENTS, ELECTRONIC MAIL MES-
SAGES AND PRIVATE NETWORK AND
GLOBAL COMPUTER NETWORK COMMUNI-
CATIONS; COMPUTER PROGRAMS FOR
MEETING AND EVENT SCHEDULING, MAN-

AGING GROUP CALENDARS, TASK DELE-
GATION AND REPORTING, RECORDING
NOTES, TRANSFERRING DATA TO AND
FROM DATA BASES AND TO AND FROM
COMPUTER PROGRAMS AND COMPUTER
FILES; ADDRESS BOOK PROGRAMS, TELE-
PHONE DIALING PROGRAMS, PROGRAMS
FOR CORRECTING TYPOGRAPHICAL AND
CAPITALIZATION ERRORS, PROGRAMS FOR
TALLYING VOTING RESPONSES; AND IN-
STRUCTION MANUALS THEREFOR SOLD AS
A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).
FIRST USE 1-1-1997; IN COMMERCE
1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

Exhibit 16 Page 1



## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Bruce Lehman*

**Commissioner of Patents and Trademarks**

Exhibit 16 Page 2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

**Corrected**

Reg. No. 2,999,281

Registered Sep. 20, 2005

OG Date May 16, 2006

## TRADEMARK
## PRINCIPAL REGISTER





MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

THE MARK CONSISTS OF FOUR SQUARE CROSS-SECTION SOLIDS EACH HAVING A GENERALLY SQUARE-SHAPED FRAME EXTENDING OUTWARDLY THEREFROM. COLOR IS CLAIMED AS A PART OF THE MARK. THE UPPER LEFT-HAND FRAME IS RED FADING TO ORANGE AND THE UPPER LEFT-HAND SQUARE IS ORANGE. THE UPPER RIGHT-HAND FRAME AND SQUARE ARE BLUE. THE LOWER LEFT-HAND FRAME AND SQUARE ARE YELLOW. THE LOWER RIGHT-HAND FRAME AND SQUARE ARE GREEN.

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECUR-

ITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, EMAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, EMAIL ADDRESS AND OTHER CONTACT INFORMATION, MAPPING, GEOGRAPHICAL LOCATIONS, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMPUTER COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Exhibit 17 Page 1

ACCESSING WEBSITES AND EXCHAN-
GING INFORMATION AND DATA AND
OBTAINING SERVICES FROM WEB-
SITES. ALL IN THE FIELDS OF BUSI-
NESS AND BUSINESS MANAGEMENT
AND INFORMATION; COMPUTER
SOFTWARE FOR USE IN DEVELOPING
WEBSITES, OPERATING ELECTRONIC
MAIL AND PROVIDING COMPUTER
SECURITY; COMPUTER E-COMMERCE
SOFTWARE TO ALLOW USERS TO PER-
FORM ELECTRONIC BUSINESS TRANS-
ACTIONS VIA A GLOBAL COMPUTER
NETWORK; COMPUTER SOFTWARE
FOR NOTE-TAKING, NAMELY, COMPU-

TER SOFTWARE FOR RECORDING, OR-
GANIZING, EDITING AND
TRANSMITTING INFORMATION IN
TYPED, HANDWRITTEN AND VOICE
FORMAT; COMPUTER COMMUNICA-
TIONS SOFTWARE FOR ACCESSING
WEB MESSAGING AND SHARED DOCU-
MENTS FROM WEBSITES ON THE IN-
TERNET; AND HOUSE MARK FOR A
FULL LINE OF BUSINESS SOFTWARE
APPLICATIONS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).
   FIRST USE 2-19-2003; IN COMMERCE
2-19-2003.
   SER. NO. 78-976,277, FILED 11-25-2002.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on May 16, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Exhibit 17 Page 2