KATHERINE M. DUGDALE (SBN 168014)
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399
Attorneys for Plaintiff

SCOTT A. LEWIS (SBN 149094)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95404
Telephone: 707.525.8800
Facsimile: 707.545.8242
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

vs.

COAST NETWORKS, INC. aka DK SYSTEMS, a California corporation; and CORBY BRASSET, an individual,

    Defendants.
_____/

CASE NO. 09CV 4840 ~~EDL~~ **MHP**

STIPULATION TO SET ASIDE DEFAULT AND ORDER PURSUANT TO STIPULATION

IT IS HEREBY STIPULATED by the parties hereto, by and between their respective counsel, that the Clerk's default entered as to defendants above-named on December 9, 2009, may be set aside, and that defendants will respond to plaintiff's complaint within twenty (20) days from the date of filing of this stipulation.

                                                             PERRY, JOHNSON, ANDERSON,
                                                             MILLER & MOSKOWITZ LLP

DATED: December 22, 2009              BY: /s/ Scott A. Lewis
                                                                   SCOTT A. LEWIS
                                                            Attorneys for Defendants

                                                            PERKINS COIE LLP

DATED: December 22, 2009              BY: /s/ Katherine M. Dugdale
                                                                   KATHERINE M. DUGDALE
                                                           Attorneys for Plaintiff

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/5/2010

~~ELIZABETH D. LAPORTE~~
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

