Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>COAST NETWORKS, INC. aka DK SYSTEMS, a California corporation; and CORBY BRASSET, an individual,<br><br>Defendants. | Case No. 09CV 4840 MHP<br><br>SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER<br><br>Hon.  Marilyn Hall Patel |

Plaintiff Microsoft Corporation ("Plaintiff" or "Microsoft") and Defendants Coast Networks, Inc. aka DK Systems and Corby Brasset ("Defendants") submit this Supplemental Joint Case Management Statement and Stipulation to Continue the Further Case Management Conference.

Microsoft and Defendants have settled the above-captioned matter and are in the process of finalizing the settlement documents, which include a settlement agreement and release and a stipulated permanent injunction.  Microsoft and Defendants estimate that it will take an additional thirty (30) days to finalize and sign the settlement documents.

41826-5292/LEGAL18775342.1               -1-                JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE; [PROPOSED] ORDER

Accordingly, the parties request an approximate forty-five (45) day continuance of the Further Case Management Conference to allow sufficient time to have the documents finalized and signed.

**IT IS SO STIPULATED.**

DATED: July 20, 2010          **PERKINS COIE LLP**

By: s/ Katherine M. Dugdale
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: July 20, 2010          **PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP**

By: s/ Scott A. Lewis
Scott A. Lewis
Attorneys for Defendants COAST NETWORKS, INC. aka DK SYSTEMS and CORBY BRASSET

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** that the Further Case Management Conference is continued from July 26, 2010 at 3:00 p.m. to 9/13, 2010 at 3:00 p.m.

DATED: 7/21/2010

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*

41826-5292/LEGAL18775342.1          -2-          JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE; [PROPOSED] ORDER