Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>COAST NETWORKS, INC. aka DK SYSTEMS, a California corporation; and CORBY BRASSET, an individual,<br><br>Defendants. | Case No. 09CV 4840 MHP<br><br>SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>Hon.  Marilyn Hall Patel |

Plaintiff Microsoft Corporation ("Plaintiff" or "Microsoft") and Defendants Coast Networks, Inc. aka DK Systems and Corby Brasset ("Defendants") submit this Second Supplemental Joint Case Management Statement and Stipulation to Continue the Further Case Management Conference.

Microsoft and Defendants have settled the above-captioned matter and have finalized the settlement documents.  The parties are in the process of executing the settlement documents, which include a settlement agreement and release and a stipulated permanent injunction. Microsoft and Defendants estimate that it will take an additional twenty (20) days to execute the

41826-5292/LEGAL19107094.1                    -1-                    SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE; [PROPOSED] ORDER

settlement documents and file the stipulated permanent injunction and dismissal with the Court.

Accordingly, the parties request an approximate twenty-one (21) day continuance of the Further Case Management Conference. The continuance will allow sufficient time to have the settlement documents executed and the stipulated permanent injunction and dismissal filed with the Court.

**IT IS SO STIPULATED.**

DATED:  September 8, 2010              **PERKINS COIE LLP**

By:   s/ Katherine M. Dugdale
      Katherine M. Dugdale
      Attorneys for Plaintiff
      MICROSOFT CORPORATION

DATED:  September 8, 2010              **PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP**

By:   s/Scott A. Lewis
      Scott A. Lewis
      Attorneys for Defendants COAST NETWORKS, INC. aka DK SYSTEMS and CORBY BRASSET

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** that the Further Case Management Conference is continued from September 13, 2010 at 3:00 p.m. to October 4, 2010 at 3:00 p.m.

DATED:  __9/10/2010_____

IT IS SO ORDERED
Judge Marilyn H. Patel

41826-5292/LEGAL19107094.1

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE; [PROPOSED] ORDER