1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | MICROSOFT CORPORATION, a          | Case No. 09CV 4840 MHP
   | Washington corporation,           |
13 |                                   |
   |           Plaintiff,              |
14 |                                   | STIPULATED PERMANENT INJUNCTION;
   |       v.                          | [PROPOSED] ORDER
15 |                                   |
   | COAST NETWORKS, INC. aka DK       |
16 | SYSTEMS, a California corporation; and |
   | CORBY BRASSET, an individual,     | Hon.  Marilyn Hall Patel
17 |                                   |
   |           Defendants.             |
18

19

20         Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Coast Networks, Inc. aka

21 DK Systems and Corby Brasset ("Defendants"), hereby stipulate that Defendants, along with their

22 agents, servants, employees, representatives, successors and assigns, and all those persons or

23 entities acting in concert or participation with him, shall be and hereby are **PERMANENTLY**

24 **ENJOINED** and restrained from:

25         (a)     imitating, copying, or making any other infringing use or infringing

26 distribution of software programs, components, end user license agreements ("EULAs"),

27 Certificate of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and

28

   41826-5292/LEGAL18721719.1           -1-           STIPULATED PERMANENT INJUNCTION;
                                                              [PROPOSED] ORDER

service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

   (1) 1,200,236 ("MICROSOFT");

   (2) 1,256,083 ("MICROSOFT");

   (3) 1,872,264 ("WINDOWS");

   (4) 2,744,843 (COLORED FLAG DESIGN);

   (5) 1,475,795 ("POWERPOINT");

   (6) 1,741,086 ("MICROSOFT ACCESS");

   (7) 2,188,125 ("OUTLOOK");

   (8) 2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

   (1) TX 5-407-055 ("Windows XP Professional");

   (2) TX 5-837-617 ("Office Professional 2003");

   (3) TX 5-837-636 ("Office Excel 2003");

   (4) TX 5-900-087 ("Office Outlook 2003");

   (5) TX 5-852-649 ("Office PowerPoint 2003");

   (6) TX 5-837-618 ("Publisher 2003");

   (7) TX 5-900-088 ("Office Word 2003");

   (8) TX 5-877-513 ("Business Contact Manager for Outlook 2003");

   (9) TX 5-901-713 ("Access 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

   (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks

or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO STIPULATED.**

DATED: September 13, 2010        COAST NETWORKS, INC. aka DK
                                 SYSTEMS a California corporation

                                 By: Corby Brasset

DATED: September 13, 2010

CORBY BRASSET, an individual

By: Corby Brasset

DATED: September 29, 2010

MICROSOFT CORPORATION, a Washington corporation

By:

Approved as to form:

DATED: September 30, 2010

PERKINS COIE LLP

By: _____
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: September 28, 2010

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

By: _____
Scott A. Lewis
Attorneys for Defendants
COAST NETWORKS, INC. aka DK SYSTEMS and CORBY BRASSET

## ORDER

Good Cause appearing therefore, IT IS ORDERED that Defendants Coast Networks, Inc. aka DK Systems and Corby Brasset ("Defendants"), along with their agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and

service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

   (1) 1,200,236 ("MICROSOFT");

   (2) 1,256,083 ("MICROSOFT");

   (3) 1,872,264 ("WINDOWS");

   (4) 2,744,843 (COLORED FLAG DESIGN);

   (5) 1,475,795 ("POWERPOINT");

   (6) 1,741,086 ("MICROSOFT ACCESS");

   (7) 2,188,125 ("OUTLOOK");

   (8) 2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

   (1) TX 5-407-055 ("Windows XP Professional");

   (2) TX 5-837-617 ("Office Professional 2003");

   (3) TX 5-837-636 ("Office Excel 2003");

   (4) TX 5-900-087 ("Office Outlook 2003");

   (5) TX 5-852-649 ("Office PowerPoint 2003");

   (6) TX 5-837-618 ("Publisher 2003");

   (7) TX 5-900-088 ("Office Word 2003");

   (8) TX 5-877-513 ("Business Contact Manager for Outlook 2003");

   (9) TX 5-901-713 ("Access 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks

1  or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos.
2  listed in Paragraph (a) above;

3     (c) using any simulation, reproduction, counterfeit, copy, or colorable
4  imitation of Microsoft's registered trademarks or service mark including, but not limited to, the
5  Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with
6  the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,
7  promotion, or display of any software, component, EULA, COA, item or thing not authorized or
8  licensed by Microsoft;

9     (d) using any false designation of origin or false description which can or is
10 likely to lead the trade or public or individuals erroneously to believe that any software,
11 component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered
12 for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by
13 or for Microsoft, when such is not true in fact;

14    (e) using the names, logos, or other variations thereof any of Microsoft's
15 copyright and/or trademark-protected software programs in any of Defendant's trade or corporate
16 names;

17    (f) engaging in any other activity constituting an illegal distribution of any
18 Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement
19 of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or
20 right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any
21 dilution of Microsoft's name, reputation, or goodwill; and

22    (g) assisting, aiding, or abetting any other person or business entity in
23 engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

24  **IT IS SO ORDERED.**

25

26 DATED: __10/1/2010_____   _____



HON. MARILYN H. PATEL
United States District Judge

41826-5292/LEGAL18721719.1         [PERMANENT] INJUNCTION;
                   [PROPOSED] ORDER