| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
| | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Attorneys for Plaintiff |
| | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 09CV 4840 MHP |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF DEFENDANTS WITH PREJUDICE; [PROPOSED] ORDER |
| COAST NETWORKS, INC. aka DK SYSTEMS, a California corporation; and CORBY BRASSET, an individual, | |
| Defendants. | Hon.  Marilyn Hall Patel |

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft"), and Defendants Coast Networks, Inc. aka DK Systems and Corby Brasset (collectively, "Defendants"), have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants Coast Networks, Inc. aka DK Systems and Corby Brasset, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule

41826-5292/LEGAL19277982.1 -1- STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

**IT IS SO STIPULATED.**

DATED: October 1, 2010        PERKINS COIE LLP

By: s/Katherine M. Dugdale
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: October 1, 2010        PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

By: s/Scott A. Lewis
Scott A. Lewis
Attorneys for Defendants
COAST NETWORKS, INC. aka DK SYSTEMS and CORBY BRASSET

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Coast Networks, Inc. aka DK Systems and Corby Brasset, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

**IT IS SO ORDERED.**

DATED: 10/1/2010

HON. MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

41826-5292/LEGAL19277982.1                    DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER